**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-KA-0441

State Of Louisiana

- - Versus - -

Dulce Maria Funez Caballero

20th Judicial District Court
Case #: 14276
East Feliciana Parish

On Application for Rehearing filed on   11/07/2022 by Dulce Maria Funez Caballero

Rehearing _denied_

Vanessa Guidry Whipple

John Michael Guidry

Elizabeth Wolfe

Date   NOV 0 7 2022

Rodd Naquin, Clerk